UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA ORGERON ET AL. | * | CIVIL ACTION NO. 23-4349 |
| VERSUS | * | SECTION: "A"(3) |
| MIC GENERAL INSURANCE CORPORATION ET AL. | * | JUDGE JAY C. ZAINEY |
| | * | MAGISTRATE JUDGE EVA J. DOSSIER |

## ORDER AND REASONS

The following motion is before the Court: **Motion to Reconsider (Rec. Doc. 61)**, filed by Defendant, Freedom Mortgage Corporation. Plaintiffs, Joshua and Maura Orgeron, have not filed an opposition to the motion to reconsider. The motion, submitted for consideration on July 10, 2024, is before the Court on the briefs without oral argument. For the reasons that follow, Freedom's motion to reconsider (Rec. Doc. 61) is **DENIED**.

After Hurricane Ida damaged their property, the plaintiffs, Joshua and Maura Orgeron, brought this suit against their insurer, MIC General Insurance Corporation; their former lender, Amerihome Mortgage Company, LLC; and their current lender, Freedom Mortgage Corporation. (Rec. Doc. 1-2). They asserted various causes of action, including breach of insurance contract, breach of mortgage contract, violations under the Louisiana Unfair Trade Practices Act ("LUTPA"), and bad faith claims. (Rec. Doc. 30). Each defendant subsequently moved to dismiss.[1] The Court granted MIC's motion to dismiss, dismissing all

---

[1] MIC and Freedom moved to dismiss separately. Amerihome filed a notice of joinder in MIC's motion to dismiss.

1

claims asserted against MIC with prejudice.[2] (Rec. Doc. 56). The Court also granted Freedom's motion to dismiss as it related to the LUTPA claims. (*Id.*). With regard to the breach of mortgage contract claim, the Court dismissed all causes of action arising from Freedom's alleged failure to secure insurance proceeds on the plaintiffs' behalf, but denied the motion as to violations of the escrow provisions. Freedom now moves this Court to reconsider that Order and Reasons, docketed at Rec. Doc. 56. It argues that the plaintiffs failed to identify in the complaint a specific provision that was breached by Freedom's actions with respect to the escrow account,[3] and, in the alternative, that the escrow allegations relate only to the previously dismissed LUTPA claims. Freedom also highlights a sentence in the Order and Reasons that contradicted itself and the order's legal reasoning.

Having reviewed the complaint, the motion to dismiss, and all accompanying memoranda again, the Court is not persuaded by Freedom's argument. The plaintiffs stated a valid claim for breach of mortgage contract, as argued in their opposition to the motion to dismiss. While the paragraphs of the complaint that assert a failure to transfer escrow funds also appear to implicate the plaintiffs' LUTPA claims, a breach of contract claim is, under Rule 8 and the Rule 12(b)(6) standard, properly stated in those paragraphs. Therefore, and for the reasons expressed in the Order and Reasons at Rec. Doc. 56, the motion to reconsider is **DENIED**.

The Court acknowledges that the sentence at lines 10-12 of page 11 of Rec. Doc. 56 is self-contradictory due to a mistake in the editing process. The sentence should read as

---

[2] The Court denied MIC's motion to dismiss as it related to Amerihome. The plaintiffs ultimately dismissed all claims against Amerihome. (Rec. Doc. 63).
[3] Freedom argues that the plaintiffs instead improperly relied on the introduction of new facts and allegations in their opposition.

follows: "As it relates to the breach of mortgage contract claim, the motion to dismiss is **GRANTED IN PART AND DENIED IN PART**, as described above."

Accordingly;

**IT IS ORDERED** that the **Motion to Reconsider (Rec. Doc. 61)** filed by Defendant, Freedom Mortgage Corporation, is **DENIED**.

**IT IS FURTHER ORDERED** that lines 10-12 of page 11 of the **Order and Reasons (Rec. Doc. 56)** are **AMENDED** to read as follows: "As it relates to the breach of mortgage contract claim, the motion to dismiss is **GRANTED IN PART AND DENIED IN PART**, as described above."

August 15, 2024

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE